**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1675**

CHARLES T. LEE,

            Plaintiff - Appellant,

      v.

NORFOLK SOUTHERN RAILWAY COMPANY,

            Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Martin K. Reidinger, District Judge.  (1:13-cv-00004-MR-DSC)

Submitted:  October 31, 2016         Decided:  November 21, 2016

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles T. Lee, Appellant Pro Se.  Dustin Matthew Dow, John Bruce Lewis, BAKER & HOSTETLER, LLP, Cleveland, Ohio, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles T. Lee appeals the district court's order granting the Appellee's motion for summary judgment and dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. <u>Lee v. Norfolk S. Ry. Co.</u>, No. 1:13-cv-00004-MR-DSC (W.D.N.C. May 11, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>